LEE, The EDWARD. See Case No. 4,292.

LEE, The R. E. See Cases Nos. 11,690 and 11,- 691.

## Case No. 8,204a.

### LEECH et al. v. FRELIGH. [2]

Circuit Court, S. D. New York. April 21, 1875.

COPYRIGHT—TRANSLATIONS.

[Cited in 2 Morgan, Law of Literature, 306.]

[This was a bill for an injunction by Harry Harewood Leech, Felix G. de Fontaine, and Charles Dimetry against William G. Freligh.]

Augustus Van Wyck, for plaintiff.
A. Oakley Hall, for defendant.

Before SHIPMAN, District Judge.

Motion having been made by the plaintiffs in the above-entitled action for a temporary injunction to restrain the defendant from publishing, printing, representing or performing "Round the World in Eighty Days," a comedy drama adapted from the French of Jules Verne, and the said motion having come on regularly to be heard, and on reading and filing the notice of motion, bill of complaint and affidavits of plaintiffs attached, and af-

[1] [Reported by Hon. William Cranch, Chief Judge.]

[2] [Not previously reported.]

ter hearing Messrs. Van Wyck, of counsel for the plaintiff, for the motion, and A. Oakley Hall, of counsel for the defendant, in opposition thereto, it is ordered that said motion for a temporary injunction in the above-entitled cause be, and the same is hereby, denied.